## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | TEACHING SALARY - ███████████ | 10000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

✓ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

RECEIVED 2004 SEP 20 P 3:09 FINANCIAL DISCLOSURE OFFICE

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

✓ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) SAND, LEONARD B | 2. Court or Organization U.S. DISTRICT COURT: SDNY | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT COURT JUDGE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. COURTHOUSE 500 PEARL STREET, ROOM 1650 NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

DISCLOSURE FINANCIAL OFFICE

RECEIVED May 17 10 20 AM '04

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SAND, LEONARD B | 5/15/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | TEACHING SALARY - UNIVERSITY | 10000 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. EXXON MOBIL COMMON STOCK | B | Dividend | K | T | | | | | |
| 2. IBM COMMON STOCK | B | Dividend | M | T | | | | | |
| 3. BP AMOCO PLC COMMMON STOCK | C | Dividend | M | T | | | | | |
| 4. SAFETY KLEEN CORP COMMON STOCK | | None | J | T | | | | | |
| 5. NIKE INC COMMON STOCK | A | Dividend | L | T | | | | | |
| 6. COMMERCIAL METALS COMMON STOCK | A | Dividend | L | T | | | | | |
| 7. STRYKER CORP COMMON STOCK | A | Dividend | O | T | | | | | |
| 8. MAYTAG COMMON STOCK | A | Dividend | J | T | | | | | |
| 9. TOOTSIE ROLL INDS COMMON STOCK | A | Dividend | K | T | | | | | |
| 10. UNITED COMPANIES TAX DEFERRED ANNUITY | B | Interest | K | T | | | | | |
| 11. NYS DORM AUTH MUNI BOND | B | Interest | K | T | | | | | |
| 12. KIMBERLY CLARK COMMON STOCK | A | Dividend | K | T | | | | | |
| 13. KIMBERLY CLARK COMMON STOCK | A | Dividend | J | T | | | | | |
| 14. TRIB BRIDGE/TUNNEL MUNI BOND | A | Interest | | | SOLD | 1/2 | K | A | |
| 15. CHARTER ONE FINL COMMON STOCK | B | Dividend | L | T | | | | | |
| 16. MCKESSON HBOC COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. TRIB BRIDGE/TUNNEL MUNI BOND | A | Interest | | | REDEEMED | 1/2 | K | A | |
| 18. CHARTER ONE FINL COMMON STOCK | C | Dividend | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. JP MORGAN CHASE & CO COMMON STOCK | B | Dividend | L | T | | | | | |
| 20. NYS MTGE AGY MUNI BOND | A | Interest | J | T | | | | | |
| 21. NYS DORM AU REV RFDG MUNI BOND | A | Interest | K | T | | | | | |
| 22. NYC EDL CONSTR FD RV MUNI BOND | A | Interest | J | T | | | | | |
| 23. ALLTEL CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 24. NYS DORM AUTH REVS CITY U MUNI BOND | B | Interest | K | T | | | | | |
| 25. NYS DORM AU RVS CITY U MUNI BOND | A | Interest | J | T | | | | | |
| 26. NEW YORK NYC TRANSITIONAL FIN AUTH SER B MUNI BOND | A | Interest | J | T | | | | | |
| 27. NYS DORM AUTH SER A MUNI BOND | A | Interest | | | SOLD | 7/9 | J | A | |
| 28. NEW YORK NY UNREFUNDED SER D MUNI BOND | A | Interest | | | SOLD | 2/3 | J | A | |
| 29. PHELPS DODGE CORP COMMON STOCK | | None | J | T | | | | | |
| 30. EMPIRE ST DEV CORP MUNI BOND | B | Interest | L | T | | | | | |
| 31. NYS THRUWAY AUTH MUNI BOND | A | Interest | | | REDEEMED | 4/1 | J | A | |
| 32. NEW YORK NY SER E MUNI BOND | B | Interest | | | REDEEMED | 5/15 | K | A | |
| 33. NYC G/O FISCAL SER D MUNI BOND | A | Interest | J | T | PARTIAL SALE | 8/1 | J | A | |
| 34. LONG ISLAND NY PWR AU MUNI BOND | B | Interest | K | T | | | | | |
| 35. EMPIRE ST DEV CO MUNI BOND | A | Interest | K | T | | | | | |
| 36. NEW YORK NY SERIES B MUNI BOND | A | Interest | K | T | | | | | |

1. Income/Gain Codes:       A = $1,001 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:             J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                            P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes       Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)           U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. LIVONIA NY C/S/D G/O MUNI BOND | A | Interest | K | T | | | | | |
| 38. NASSAU CTY SER N MUNI BOND | A | Interest | J | T | | | | | |
| 39. NEW YORK STATE DORM AU MUNI BOND | B | Interest | K | T | | | | | |
| 40. HAVERSTRAW STONY POINT MUNI BOND | B | Interest | K | T | | | | | |
| 41. NEW YORK NY G/O SER C MUNI BOND | B | Interest | K | T | | | | | |
| 42. NEW YORK STATE DORM AU MUNI BOND | A | Interest | K | T | | | | | |
| 43. NEW YORK ST LOC GOVT ASST MUNI BOND | B | Interest | L | T | | | | | |
| 44. PORT AUTH NY & NJ MUNI BOND | A | Interest | J | T | | | | | |
| 45. METROPOLITAN TRANS AUTH NY MUNI BOND | B | Interest | L | T | | | | | |
| 46. DORM AUTH BKLYN HSP CTR MUNI BOND | A | Interest | K | T | | | | | |
| 47. HEMPSTEAD TOWN NY MUNI BOND | A | Interest | K | T | | | | | |
| 48. NEW YORK ST URB DEV CRP MUNI BOND | B | Interest | K | T | | | | | |
| 49. PUERTO RICO COMWLTH MUNI BOND | B | Interest | K | T | | | | | |
| 50. NEW YORK NY G/O SER C MUNI BOND | A | Interest | K | T | | | | | |
| 51. AMAZON.COM CORPORATE BOND | B | Interest | K | T | PARTIAL SALE | 11/24 | J | A | |
| 52. AMAZON.COM CORPORATE BOND | B | Interest | K | T | PARTIAL SALE | 11/24 | J | A | |
| 53. NYS TWY AUTH HWY & BRIDGE | B | Interest | K | T | | | | | |
| 54. SANDS POINT NY RFDG MUNI BOND | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal V = Book Value | R = Cost (Real Estate Only) W = Estimated | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. NYS DORM AUTH HOSP BRONX LEBANON MUNI BOND | A | Interest | J | T | | | | | |
| 56. NYC MUNI ASSIST CORP MUNI BOND | A | Interest | K | T | | | | | |
| 57. LONG ISLAND PWR AUTH NY ELEC SYS MUNI BOND | C | Interest | L | T | | | | | |
| 58. WASHINGTON MUTUAL INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 59. BANK UNITED CORP LITIGATION CONTINGENT PYMTS RTS TR | | None | J | T | | | | | |
| 60. FLEET BOSTON FINL CORP COMMON STOCK | B | Dividend | | | SOLD | 10/27 | K | A | |
| 61. SMITH BARNEY AGRESSIVE GROWTH CL B | | None | L | T | | | | | |
| 62. BANK UNITED CORP LITIGATION CONTINGENT PYMT RTS TR | | None | J | T | | | | | |
| 63. WASHINGTON MUTUAL INC COMMON STOCK | A | Dividend | K | T | | | | | |
| 64. SMITH BARNEY AGGRESSIVE GROWTH FUND CL B | | None | J | T | | | | | |
| 65. NYS ENVIRONMENTAL FACS MUNI BOND | A | Interest | J | T | | | | | |
| 66. NEW YORK ST DORM AUTH REV MUNI BOND | | None | J | T | | | | | |
| 67. RICHFIELD SPRINGS NY CENT SCH DIST MUNI BOND | A | Interest | K | T | | | | | |
| 68. NY STATE ENVIRONMENTAL FAC MUNI BOND | C | Interest | L | T | | | | | |
| 69. BERMUDA PROPERTIES LTD COMMON & PFD STOCK | | None | J | T | | | | | |
| 70. OLSTEIN FINANCIAL ALERT FUND - CLASS C | | None | M | T | | | | | |
| 71. SMITH BARNEY HIGH INCOME FUND - CLASS B | C | Dividend | K | T | | | | | |
| 72. SMITH BARNEY LARGE CAPITALIZATION GROWTH FUND | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. SMITH BARNEY HIGH INC FD CLASS B | B | Dividend | K | T | | | | | |
| 74. SMITH BARNEY CAPITAL PRESERVATION FUND CL B | A | Dividend | K | T | | | | | |
| 75. NEW YORK STATE DORM ST JOHNS - MUNI BOND | A | Interest | K | T | | | | | |
| 76. PORT AUTH NY & NJ ONE HUNDRED TWENTY SECOND SER AMT MUNI BON | A | Interest | K | T | | | | | |
| 77. NYS DORM AUTH REVS RFDG LENOX HILL HOPSITAL MUNI BOND | A | Interest | K | T | | | | | |
| 78. HAIN CELESTIAL GROUP | | None | J | T | BUY | 10/17 | J | | |
| 79. | | | | | BUY | 11/10 | J | | |
| 80. FIRST TENNESSEE NATIONAL CORP | | None | K | T | BUY | 10/27 | K | | |
| 81. SMITH BARNEY CLASSIC VALUES FUND CLASS B | A | Dividend | K | T | BUY | 4/9 | K | | |
| 82. NEW YORK NY SER G GEN OBLIG OID - MUNI BOND | A | Interest | K | T | BUY | 7/16 | K | | |
| 83. NYS URBAN DEVELOPMENT CORP MUNI BOND | A | Interest | J | T | BUY | 5/12 | J | | |
| 84. PUERTO RICO COMWLTH MBIA OID - MUNI BOND | A | Interest | K | T | BUY | 5/12 | K | | |
| 85. NEW YORK NY SER E MUNI BOND | A | Interest | K | T | BUY | 5/12 | K | | |
| 86. SALOMON BROS GLOBAL HIGH INC FUND | D | Dividend | N | T | BUY | 7/28 | N | | |
| 87. OLSTEIN FINANCIAL ALERT FUND CLASS C | | None | N | T | BUY | 7/16 | N | | |
| 88. TRUSTS | | | | | | | | | |
| 89. IRA A/C #1 | E | Interest & Dividends | N | T | | | | | |
| 90. (U.S. TREAS SECURITIES, MONEY MARKET INTEREST & MUTUAL FUNDS | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 8

Name of Person Reporting

SAND, LEONARD B

Date of Report

5/15/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 91. | DIVIDENDS FROM DE GROUP FD & EMERGING MKT FND) | | | | | | | | | |
| 92. | IRA A/C #2 | C | Interest & Dividends | L | T | | | | | |
| 93. | (U.S. TREAS SECURITIES, MONEY MARKET INTEREST & MUTUAL FUNDS | | | | | | | | | |
| 94. | DIVIDENDS FROM DE GROUP FD & EMERGING MKTS FD) | | | | | | | | | |
| 95. | LIFE INTEREST IN INCOME OF ▮▮▮ TRUST #1 | | | | | | | | | |
| 96. | VALUE OF TRUST HOLDINGS | F | Interest & Dividends | P1 | T | | | | | |
| 97. | IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 98. | BONDS | | | | | | | | | |
| 99. | NYS LOC GOVT ASSIST | | | | | REDEEMED | 4/1 | K | | |
| 100. | ROCKLAND COUNTY, NY | | | | | REDEEMED | 8/15 | K | | |
| 101. | IDENTITY OF TRUST HOLDINGS | | | | | | | | | |
| 102. | COMMON STOCKS | | | | | | | | | |
| 103. | EXXON MOBIL | | | | | | | | | |
| 104. | GENERAL ELECTRIC | | | | | | | | | |
| 105. | BRISTOL MYERS | | | | | | | | | |
| 106. | VERIZON COMMUNICATIONS | | | | | | | | | |
| 107. | NORFOLK SOUTHERN CORP | | | | | | | | | |
| 108. | NORTHROP GRUMAN | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. DOW CHEMICAL CO | | | | | | | | | |
| 110. PLUM CREEK TIMBER CO | | | | | | | | | |
| 111. ZIMMER HOLDINGS INC | | | | | | | | | |
| 112. UNITRIN INC | | | | | | | | | |
| 113. MASCO | | | | | | | | | |
| 114. KRAFT FOODS INC CL A | | | | | SOLD | 3/4 | K | | |
| 115. U.S. BANCORP DEL COM | | | | | | | | | |
| 116. BANK AMERICA CORP | | | | | | | | | |
| 117. DU PONT EI DE NEMOURS & CO | | | | | BUY | 3/4 | K | | |
| 118. WASHINGTON MUTUAL INC | | | | | BUY | 3/4 | K | | |
| 119. RPM INTERNATIONAL INC | | | | | BUY | 3/7 | K | | |
| 120. FLEETBOSTON FINL CORP | | | | | BUY | 7/16 | K | | |
| 121. LIFE INTEREST IN INCOME OF ▓ TRUST #2 | | None | | | TERMINATED | 12/31 | J | | |
| 122. PARTNERSHIPS-LIMITED INTEREST | | | | | | | | | |
| 123. 1414 AMERICAS CO ORIGINAL COST - $1,667 | A | Ptnshp Income | J | R | | | | | |
| 124. UNDERHILL ASSOC - ORIGINAL COST $6,000 | B | " | J | R | | | | | |
| 125. 150 LAKE ASSOC - ORIGINAL COST $3,000 | A | " | J | R | | | | | |
| 126. G&R DEV - ORIGINAL COST $10,000 | A | " | J | R | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SAND, LEONARD B | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. FORESTBURG SULLIVAN - ORIGINAL COST TOTAL $7,466 | A | Ptnshp Income | J | R | | | | | |
| 128. RAMCO GERSHENSON PROPERTIES LP - ORIGINAL COST $10,500 | A | " | J | R | | | | | |
| 129. BANK ACCOUNTS | | | | | | | | | |
| 130. CITIBANK | A | Interest | J | T | | | | | |
| 131. JP MORGAN CHASE | A | Interest | K | T | | | | | |
| 132. RIDGEWOOD SAVINGS BANK | A | Interest | J | T | | | | | |
| 133. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 134. CITIBANK N.A. BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 135. CITIBANK NA BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 136. | | | | | | | | | |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | = Other | W = Estimated | | |

SAND, LEONARD B.

ATTACHMENT TO FORM AO-10

2003

## VII. TRANSACTIONS

The undersigned has small minority interests as a limited partner in the limited partnerships listed in Part VII. and is not in a position to obtain data regarding transactions in real property, securities, etc. If any further information is required, please refer to his letter of August 21, 1980 to the Honorable Edward Allen Tamm, Chairman Judicial Ethics Committee.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SAND, LEONARD B | 5/15/2004 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

PART VII, ITEM 126

LIFE INTEREST IN INCOME OF ████████ TRUST #2:

THE SEPARATE ASSETS OF THIS TRUST ARE NOT REPORTABLE SINCE IT INVOLVES "THE HOLDINGS OR SOURCES OF INCOME, OF WHICH THE PERSON, ████████ OR ANY DEPENDENT CHILD HAVE NO KNOWLEDGE". (SECTION 102f)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SAND, LEONARD B | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                          Date X _May 4, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544